IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTY GONZALES,

    Plaintiff,

vs.                                               No. CIV 11-0396 JB/CG

DRIVETIME CAR SALES
COMPANY, LLC,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation and Joint Motion for Dismissal with Prejudice, filed April 29, 2013 (Doc. 29). The parties submit that they "have resolved the matter in full, and jointly move the Court to dismiss this case in its entirety with prejudice." Stipulation and Joint Motion for Dismissal with Prejudice at 1. On April 30, 2013, the Court filed an Order, granting the Stipulation and Joint Motion for Dismissal with Prejudice. See Doc. 30. The Order therefore disposed of all claims against all parties in the case, and the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, the Plaintiff's Complaint for Discrimination in Employment under Title VII of the Civil Rights Act of 1964 and Retaliation and Wrongful Termination of Employment, filed May 8, 2011 (Doc. 1), and the Plaintiff Christy Gonzales' claims against Defendant Drivetime Car Sales Company, LLC, are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

-2-

*Counsel:*

Santiago E. Juarez
Albuquerque, New Mexico

 *Attorney for the Plaintiff*

Stanley K. Kotovsky, Jr.
Tinnin Law Firm
Albuquerque, New Mexico

--and--

Caroline Larsen
Joseph T. Clees
Ogeltree, Deakins, Nast, Smoak & Steward P.C.
Phoenix, Arizona

 *Attorneys for the Defendant*